**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01159-CV

**IN RE FORT APACHE ENERGY, INC., ALLAN P. BLOXSOM, AND DRILLING RISK MANAGEMENT, INC., Relator**

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01534**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

party in interest and respondent file their responses, if any, on or before October 15, 2015.

/s/     BILL WHITEHILL
        JUSTICE